| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/12/22 |

JUNIOR GRIFFIN,

                          Movant,

    -against-

UNITED STATES OF AMERICA,

                          Respondent.

1:21-cv-05822-GHW

1:16-cr-00656-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On March 16, 2018, Junior Griffin was found guilty of conspiracy to distribute and possess with the intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846, and distributing and possessing with intent to distribute cocaine in violation of 21 U.S.C. §§ 812, 841(b)(1)(C), and 841(a)(1). On January 8, 2019, the Court sentenced Mr. Griffin to the mandatory minimum term of 120 months' imprisonment. Mr. Griffin's judgment of conviction was affirmed by the Second Circuit on June 12, 2020. On July 1, 2021, Mr. Griffin filed a petition for habeas corpus under 28 U.S.C. § 2255. Case No. 1:21-cv-05822, Dkt. No. 1. The United States filed its opposition to Mr. Griffin's petition on April 11, 2022. 1:16-cr-00656, Dkt. No. 950.

    The Court will hold a conference with respect to Mr. Griffin's petition on **May 2, 2022 at 10:00 a.m.** The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Court anticipates that at that conference it will appoint counsel to represent Mr. Griffin in connection with this application as required under Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court directs the United States to produce Mr. Griffin for the May 2, 2022 hearing.

The Clerk of Court is directed to mail Mr. Griffin copy of this order by first-class and certified mail.

SO ORDERED.

Dated: April 12, 2022
New York, New York

GREGORY H. WOODS
United States District Judge