USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                 :

JUNIOR GRIFFIN,                             :

                                               Movant,       :                1:21-cv-5822-GHW

                                               -v -               :               1:16-cr-656-GHW-15

UNITED STATES OF AMERICA,             :                 <u>ORDER</u>

                                               Respondent.    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A conference is scheduled in this matter on August 11, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: July 14, 2022
       New York, New York

                                                                        GREGORY H. WOODS
                                                                 United States District Judge