UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
JUNIOR GRIFFIN, :
:
                            Petitioner, :       1:21-cv-5822-GHW
:
              -v - :       1:16-cr-656-GHW-15
:
UNITED STATES OF AMERICA, :       ORDER
:
                          Respondent. :
:
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022

GREGORY H. WOODS, United States District Judge:

      During the conference held on August 11, 2022, Petitioner Junior Griffin withdrew his request to change counsel in this proceeding after consulting with independent counsel. From comments made during the course of the conference, the Court understands that counsel for Mr. Griffin has determined not to pursue the potential additional claims outlined in her May 9, 2022 letter to the Court. Dkt. No. 955.[1] As a result, the Court understands that the supplemental briefing to be submitted to the Court will be focused on the further development of claims previously presented by Mr. Griffin in his *pro se* petition. The Court directed the parties to submit a joint letter to the Court with a proposed modification to the schedule for the supplemental briefing to be presented by Mr. Griffin's counsel, and any reply by the United States. That letter must be filed no later than August 19, 2022.

      From Mr. Griffin's remarks to the Court during the August 11, 2022 conference, the Court understands that Mr. Griffin has chosen not to pursue additional claims for relief in connection with this proceeding. However, to the extent that Mr. Griffin wishes to pursue *pro se* any additional grounds for relief in connection with his pending habeas petition, any amendment to his submission

---

[1] Docket references are to the criminal docket.

that he wishes to file *pro se* must be filed no later than September 12, 2022. The parties are reminded that there are substantial limitations on the ability of a prisoner to file a "second or successive" habeas petition. *See* 28 U.S.C. §§ 2244(b), 2255(h); *see also United States v. Krasniqi*, No. 1:10-CR-464-GHW, 2022 WL 2663826, at *6 (S.D.N.Y. July 8, 2022).

    SO ORDERED.

Dated: August 12, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                            United States District Judge