```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JUNIOR GRIFFIN,                                                :
                                                               :
                              Petitioner,                      :    1:21-cv-5822-GHW
                                                               :
              -v -                                             :    1:16-cr-656-GHW-15
                                                               :
UNITED STATES OF AMERICA,                                      :    ORDER
                                                               :
                              Respondent.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court authorizes CJA counsel Zachary Margulis-Ohnuma to provide independent advice to Mr. Griffin regarding the July 14, 2022 request to relieve defense counsel from representing Mr. Griffin, *nunc pro tunc* to July 19, 2022. The authorization of Mr. Margulis-Ohnuma's services with respect to this matter is effective up to and including August 11, 2022.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge