|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/5/2022 |

------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :
           -v-                                               :
                                                             :         1:16-cr-656-GHW
                                                             :
                                                             :
JUNIOR GRIFFIN,                                              :         ORDER
                                                             :
                    Defendant.                               :
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On August 20, 2022, the Court issued an order (Dkt. No. 980) scheduling this matter for an evidentiary hearing on October 24, 2022 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The Court expects that the parties will present any evidence that they want the Court to consider when ruling on the Defendant's petition during the evidentiary hearing. The parties should make any necessary arrangements to ensure that witnesses appear at the hearing when needed. In anticipation of the hearing, the parties are directed to meet and confer at least one week prior to the hearing regarding the structure of the hearing and the timing for production of any statements subject to 18 U.S.C. § 3500. To the extent that any issues must be resolved by the Court prior to the hearing, the parties are directed to submit a joint letter to the Court raising any issues that need to be resolved no later than three business days prior to the evidentiary hearing.

The Court requests that each party provide the Court with two courtesy copies of their exhibits and any 18 U.S.C. § 3500 materials at the commencement of the hearing.

SO ORDERED.

Dated: October 5, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2