```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES,                                            :
                                                              :
                                                              :
                                                              :
                    -v-                                       :         1:16-cr-656-GHW
                                                              :
                                                              :
    JUNIOR GRIFFIN,                                           :         ORDER
                                                              :
                                      Defendant.              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

GREGORY H. WOODS, United States District Judge:

Earlier today, May 10, 2024, the Court received a motion filed by Junior Griffin, acting *pro se*. Dkt. No. 1041 (the "Motion"). The Motion requests that the Court amend Mr. Griffin's sentence as a result of the application of Section 4C1.1 of the United States Sentencing Guidelines.

The Motion lacks merit. The Court has already denied the request twice, explaining in each case that because Mr. Griffin was sentenced to the mandatory minimum sentence, he is not eligible for a sentence reduction. *See* August 24, 2024 Order, Dkt. No. 1009 and February 28, 2024 Order, Dkt. No. 1034 (the "February Order"). Nothing has changed since the Court issued the February Order. Mr. Griffin's request is denied for the reasons stated in the February Order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1041, and to mail a copy of this order, as well as the February 28, 2024 order by the Court filed at docket number 1034, and the August 24, 2023 order by the Court filed at docket number 1009 to Mr. Griffin by first class mail.

SO ORDERED.

Dated: May 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge